*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
TANG, LAWRENCE, and RUSSELL,
Appellate Military Judges

————————————————

## UNITED STATES
Appellee

**v.**

## Erick D. LARA-RODRIGUEZ
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

### No. 201900188

Decided: 31 October 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Sentence adjudged 17 April 2019 by a special court-martial convened at Marine Corps Base Camp Butler, Okinawa, Japan, consisting of a military judge sitting alone. Military Judge: Lieutenant Colonel Mark D. Sameit, USMC. Sentence approved by the convening authority: reduction to E-1, confinement for nine months, forfeiture of $1,120 per month for 12 months, and a bad-conduct discharge.

For Appellant: Captain Bree A. Ermentrout, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

————————————————

**This opinion does not serve as binding precedent, but
may be cited as persuasive authority under
NMCCA Rule of Appellate Procedure 30.2.**

————————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court